1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
2 | THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
3 | San Francisco, CA 94109
Telephone:   415/674-8600
4 | Facsimile:   415/674-9900

5 | Attorneys for Plaintiffs
CRAIG YATES and
6 | DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>SYERS PROPERTIES I LP, a California limited partnership,<br><br>     Defendant. | CASE NO. CV-08-2734-SI<br>**Civil Rights**<br><br>**RETURN OF SERVICE RE DEFENDANT SYERS PROPERTIES I LP, a California limited partnership** |

RETURN OF SERVICE RE DEFENDANT SYERS PROPERTIES I LP, a California limited partnership

1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>FUJI RESTAURANT | |

| Insert name of Court, and Judicial District and Branch Court |
|---|
| United States District Court Northern District Of California |

Plaintiff: CRAIG YATES, et al.
Defendant: SYERS PROPERTIES I LP, et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div. | Case Number<br>CV-08-2734-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U S. DISTRICT COUURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JUNE 19, 2008

3. a. Party served:       SYERS PROPERTIES I LP, a California limited partnership
   b. Person served:      GAYLE S. SYERS, AGENT FOR SERVICE

4. Address where the party was served:    325 ASCOT ROAD
                                          BURLINGAME, CA 94010

5. I served the party
   b **by substituted service.** On: Wed., Jun. 25, 2008 at: 2:30PM by leaving the copies with or in the presence of:
                                          ANN DANIELS, PERSON IN CHARGE
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a TODD BRENNECK                                     d. The Fee for Service was:
                                                       e. I am: (3) registered California process server
   **First Legal Support Services**                         (i)  Independent Contractor
   ATTORNEY SERVICES                                        (ii) Registration No      2008-000865-01
   1511 BEVERLY BOULEVARD                                   (iii) County:             San Mateo
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun 26, 2008

   Judicial Council Form               PROOF OF SERVICE                TODD BRENNECK
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL              6426345.thofi-fg.141775

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600  FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No or File No.:<br>FUJI RESTAURANT |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: SYERS PROPERTIES I LP, et al | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-08-2734-SI |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, NOTICE OF AVAILABITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JUNE 19, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

    a. Date of Mailing:        Mon., Jun. 30, 2008
    b. Place of Mailing:       SAN FRANCISCO, CA 94103
    c. Addressed as follows:   SYERS PROPERTIES I LP, a California limited partnership
                               325 ASCOT ROAD
                               BURLINGAME, CA 94010

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jun. 30, 2008 in the ordinary course of business.

5. Person Serving:
    a AARON DANIEL
    b. FIRST LEGAL SUPPORT SERVICES
       1138 HOWARD STREET
       SAN FRANCISCO, CA 94103
    c 415-626-3111

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. The Fee for Service was:
    e. I am: (3) registered California process server
        (i)   Independent Contractor
        (ii)  Registration No.: 2008-0001059
        (iii) County:           San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Jun. 26, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

AARON DANIEL
6426545.thofr-fg.141775