THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYERS PROPERTIES I LP, a California limited partnership,<br><br>　　　　Defendant.<br>_____ | **CASE NO. CV-08-2734-SI**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: September 4, 2008　　　　THOMAS E. FRANKOVICH,
　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*

　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs