| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903 |
|   | Telephone:      415/674-8600 |
| 4 | Facsimile:       415/674-9900 |
| 5 | Attorneys for Plaintiffs CRAIG YATES |
| 6 | and DISABILITY RIGHTS ENFORCEMENT,<br>EDUCATION SERVICES: HELPING YOU |
|   | HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>SYERS PROPERTIES I LP, a California limited partnership,<br><br>            Defendants. | **CASE NO. CV-08-2734-SI**<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES OF INTEREST:

Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein.

///

///

///

///

///

///

IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

NOTICE OF SETTLEMENT

1 | The parties respectfully request that all matters currently on calendar be vacated. Dismissal
2 | documents will be filed with the Court no later than August 15, 2009.
3 |
4 | Dated: June 11, 2009        THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*
5 |
6 |                             By:_____/s/_____
7 |                                 Thomas E. Frankovich
                                Attorneys for CRAIG YATES and
8 |                             DISABILITY RIGHTS ENFORCEMENT,
                                EDUCATION SERVICES:HELPING YOU HELP
                                OTHERS

NOTICE OF SETTLEMENT                                                        -2-